IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN E. CHRISTENSEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  NO. CIV-24-0479-HE |
| CHRIS AMONSON, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff, John E. Christensen, a state prisoner appearing *pro se*, filed an application for leave to proceed *in forma pauperis*, on which he indicated that he wished to commence an action for civil rights relief. Pursuant to 28 U.S.C. § 636(b)(1)(B),(C), the matter was referred to Magistrate Judge Amanda Maxfield Green for initial proceedings. On June 17, 2024, Judge Green issued a Report and Recommendation recommending the court dismiss this case without prejudice based on plaintiff's failure to submit a proper initiating document. Plaintiff was advised of his right to object to the Report and Recommendation by July 8, 2024. No objection has been filed. Plaintiff has therefore waived his right to appellate review of the factual and legal issues addressed in the report. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #6] and **DISMISSES** this case without prejudice.

**IT IS SO ORDERED**.

Dated this 18th day of July, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE